Melvin C. Belli  SBN 111309
Robert J.A. Fordiani SBN 256041
The Belli Law Firm
35 Miller Avenue Suite 199
Mill Valley, CA 94941
Tel (415) 981-1850
Fax (415) 981-8314
rjaf@thebellilawfirm.com
mcb@thebellilawfirm.com

Attorneys for Plaintiffs
JULIA Z. CASTRO MARIN RAMIREZ
& TED RAMIREZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIA Z. CASTRO MARIN RAMIREZ & TED RAMIREZ,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendants. | CASE No.<br><br>**COMPLAINT FOR DAMAGES PERSONAL INJURY PURSUANT TO 28 U.S.C. §1346(b)(1) and 39 U.S.C. §409** |

COMPLAINT FOR DAMAGES

Plaintiffs JULIA Z. CASTRO MARIN RAMIREZ AND TED RAMIREZ, for their complaint against Defendant THE UNITED STATES OF AMERICA allege as follows:

INTRODUCTION

1. This civil action seeks compensatory damages from Defendant UNITED STATES OF AMERICA for vehicular negligence, bystander emotional distress, and loss of consortium as a result of a traffic collision that occurred on March 2, 2016, caused by a United States Postal Service employee in the course, and scope of his employment.

PARTIES

2. At all times mentioned herein Plaintiffs JULIA Z. CASTRO MARIN RAMIREZ (hereinafter JULIA RAMIREZ) and TED RAMIREZ were and are husband and wife, and are

residents of San Francisco California.

3. At all times mentioned herein, Chi To Cheng (herein after CHENG) was an employee of USPS, and in doing the acts herein described, acted within the course and scope of his employment.

4. At all relevant times, UNITED STATES POSTAL SERVICE ( hereinafter USPS) was and is a governmental agency of the Defendant UNITED STATES OF AMERICA. The Federal Tort Claims Act provides that the UNITED STATES OF AMERICA is the sole party which may be sued for personal injuries arising out of the negligence of its employees, and individual agencies. Therefore Defendant UNITED STATES OF AMERICA by statutory authority is the sole and proper defendant in this action as neither the UNITED STATES POSTAL SERVICE NOR its employee, CHENG, can be sued be sued pursuant to both 28 U.S.C.§ 1346(b), § 2679(a).

5. At all times mentioned herein, Defendant, UNITED STATES OF AMERICA was the owner of a certain 2001 Gruman U.S. Postal truck, California license plate number 1510694.

## JURISDICTION AND VENUE

6. This Court has jurisdiction in this matter pursuant to 28 U.S.C. 1346(b)(1), and 39 U.S.C. 409 as this case involves a claim for money damages due to personal injuries caused by the negligence of an employee of the USPS acting within the course and scope of his employment at the time of the collision herein alleged.

7. Plaintiffs have exhausted their administrative remedies with the USPS by filing claims for injury with the USPS which was personally served on the office of the Chief Counsel, Torts at the USPS National Service Center in St Louis, Missouri on March 1, 2018. The USPS denied this claim on December 10, 2019.

8. Venue is proper in this Court pursuant to the provisions of 28 USC § 1391(b)(2) because the collision that gives rise to this complaint occurred in San Francisco, California, and Plaintiffs also reside here.

//

//

COMPLAINT FOR DAMAGES

## FIRST CAUSE OF ACTION

## FOR DAMAGES FOR PERSONAL INJURIES AGAINST THE UNITED STATES OF AMERICA AS A RESULT OF THE NEGLIGENT ACTS OF THEIR EMPLOYEE WHILE HE WAS WITHIN SCOPE OF HIS EMPLOYMENT BY PLAINTIFF JULIA RAMIREZ

9. Plaintiff JULIA RAMIREZ repeats and re-alleges the preceding paragraphs as though fully set forth herein.

10. At all times mentioned in this Complaint, Mission and 23rd streets are public streets and/or highways in the City and County of San Francisco California.

11. On or about March 2, 2016, Plaintiff JULIA was driving her car westbound on 23rd Street in San Francisco, CA. As she approached the intersection with Mission street she began to turn north on to Mission, but she noticed some pedestrians starting to cross the street. She stopped to yield to these pedestrians crossing Mission Street in the marked cross walk. As she was stopped CHENG driving a USPS truck California license plate number 1510694 ran into the back of her car sharply jolting her. Even after he hit her car, he continued to accelerate into her pushing her towards the pedestrians in the cross walk. Plaintiff JULIA RAMIREZ jammed her foot on the brake, but it seemed to no avail. She was terrified as she thought she was going to be pushed into the pedestrians, and run them over. Fortunately CHENG backed off the gas before she hit the pedestrians in the cross walk.

12. All operators of motor vehicles have a duty to exercise reasonable care, and skill in the operation of their vehicles. The duty of care includes operating a vehicle in a safe and prudent manner, heeding all traffic ordinances, paying attention to the traffic in front of them not going too fast for the current conditions, and certainly not running into the back of another car.

13. On the date and at the time and place above, CHENG, the Defendant UNITED STATES OF AMERICA's employee, failed to operate his vehicle in a safe, prudent and reasonable manner and as a result of his failure struck the rear of Plaintiff JULIA RAMIREZ's car.

14. As a proximate and direct result of negligence, and carelessness of Defendant's employee, CHENG, and the resulting collision with , Plaintiff JULIA RAMIREZ's car, she was

1 | injured in her health, strength and activity, and sustained injuries to her body and nervous system
2 | and person, and sustained personal injuries all of which have caused and continue to cause Plaintiff
3 | great mental, physical and nervous pain and suffering, including but not limited to Post Traumatic
4 | Stress Disorder. These injuries may result in permanent disabilities to Plaintiff JULIA RAMIREZ
5 | all to Plaintiff JULIA RAMIREZ's general damage.

6 |     15. As a direct and proximal result of the negligence of Defendant UNITED STATES
7 | OF AMERICA's employee CHENG, Plaintiff JULIA RAMIREZ necessarily employed physicians,
8 | and other heath providers for medical examination, treatment and care of these injuries, and incurred
9 | medical and incidental expenses and may have to incur additional like expenses in the future, all in
10 | amounts presently unknown to them. Plaintiff therefore requests leave of Court to prove those
11 | amounts at trial.

12 |     16. As a further a direct and proximal result of the negligence of Defendant
13 | UNITED STATES OF AMERICA's employee CHENG, Plaintiff JULIA RAMIREZ necessarily
14 | lost time from work at her job at Mollie Stone's market in San Francisco due to her injuries for this
15 | crash, and therefore lost wages in an amount to be proven at trial.

## SECOND CAUSE OF ACTION
## FOR DAMAGES FOR BYSTANDER EMOTIONAL DISTRESS UNDER DILLON VS LEGG
## FOR PLAINTIFF TED RAMIREZ.

19 |     17. Plaintiff TED RAMIREZ repeats and re-alleges each and every allegation in
20 | paragraphs 1 through 16 of this Complaint with the same force and effect as if fully set forth
21 | herein.

22 |     18. Plaintiff TED RAMIREZ had just gotten out of Plaintiff JULIA RAMIREZ's car
23 | and walked across the street from his wife /plaintiff JULIA RAMIREZ at the time of the collision
24 | as set forth above. Plaintiff TED RAMIREZ and plaintiff JULIA RAMIREZ had been married
25 | over twenty years. As he was in close proximately to the vehicles when they collided he
26 | contemporaneously experienced CHENG crash into the back of his wife's car. Plaintiff TED
27 | RAMIREZ heard the crash, turned, and saw Defendant's postal truck embedded into to rear of
28 | his wife's car which was still moving. He heard her screams, and sobbing, and he immediately

1 | ran over to her aid.

2 |     19.    As a result of the negligence as set forth above of defendant UNITED STATES OF AMERICA's employee CHENG, Plaintiff TED RAMIREZ suffered serious emotional distress, INCLUDING suffering, anguish, fright, horror, grief, anxiety, worry, and shock as he contemporaneously experienced this crash knowing his wife was involved.

THIRD CAUSE OF ACTION PLAINTIFF TED RAMIREZ'S LOSS OF CONSORTIUM DUE TO DEFENDANT'S NEGLIGENCE IN INJURING HIS WIFE.

    20.    Plaintiff repeats and re-alleges the preceding paragraphs as though fully set forth herein.

    21.    Plaintiff TED RAMIREZ has suffered the loss of his wife's companionship and services, including, but not limited to the loss of love, companionship, comfort, care, assistance, protection, affection, society, and moral support; and the loss of the enjoyment of sexual relations as a direct and proximal result of the injuries caused to his wife by the negligent conduct of Defendant's employee CHENG as previously alleged.

PRAYER FOR RELIEF

WHEREFORE, Plaintiffs requests entry of judgment in their favor and against Defendant UNITED STATES OF AMERICA ,

1. For the First Cause of action; and for general and special damages, lost wages and medical expenses for plaintiff JULIA RAMIREZ in an amount to be proven at trial.

2. Forth the Second and Third cause of action for compensatory damages in an amount to be proven at trial for Plaintiff TED RAMIREZ.

3. For reasonable costs of this suit and attorneys' fees; and

4. For such further other relief as the Court may deem just, proper, and appropriate

Dated June 8, 2020        The Belli Law Firm

BY    MELVIN C. BELLI
Attorney for Plaintiff JULIA Z. CASTRO MARIN RAMIREZ & TED RAMIREZ